IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jennifer Marie Jones

    **Plaintiff(s)/Petitioner(s),**

vs.

Town of Quartzsite; Jeff Gilbert and Sondra Gayle Gilbert, Husband and Wife; Officer Rick Paterson, #43; et al.,

    **Defendant(s)/Respondent(s)**

CASE NO: 2:12-cv-01383-JAT

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 5 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $50.00 APPLICATION FEE REQUIRED!**

I, **Elmer Stewart Rhodes III**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Jennifer Marie Jones**.

**City and State of Principal Residence:** Kalispell, Montana
**Firm Name:** Law Office of Elmer Stewart Rhodes
**Address:** 432 E. Idaho St.  **Suite:** C-231
**City:** Kalispell  **State:** MT  **Zip:** 59901
**Firm/Business Phone:** (406) 882-4242
**Firm Fax Phone:** (406) 755-8335  **E-mail Address:** rhodeslegalwriting@gmail.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Montana Supreme Court | 05/05/2006 | ☑ Yes | ☐ No* |
| US District Court, District of Montana | 07/27/2011 | ☑ Yes | ☐ No* |
| US District Court, District of Colorado | 07/28/2011 | ☑ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| 2:12-cv-01268-SLG | Michael Roth v. Town of Quartzsite, et al., | |

* **Explain:** Concurrent Application

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

11-10-2012
**Date**

_____
**Signature of Applicant**

**Fee Receipt #** PHX078170

(Rev. 04/12)



# Certificate of Good Standing

## United States District Court
## District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**ELMER STEWART RHODES III**

was duly admitted to practice in said court on
**July 28, 2011**
and is in good standing as a member of the bar of said court.

Dated: October 18, 2012          Jeffrey P. Colwell, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk