

Jennifer Marie Jones
P.O. Box 1320
Quartzsite, Arizona, 85346
(928) 785-6318
thedesertfreedompress@yahoo.com
pro per

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Jennifer Marie Jones, | No. 12-CV-01383-PHX-JAT |
|---|---|
| Plaintiff, | |
| v. | **PRO PER PLAINTIFF'S EMERGENCY MOTION FOR STAY OF PROCEEDINGS** |
| Town of Quartzsite; et al., | |
| Defendants. | (Requested before ruling on any other pending motions.) |

    Plaintiff Jennifer Jones, now unrepresented due to abandonment of counsel, acts pro per in this instant motion, seeking an emergency stay of proceedings in the above captioned action until the end of January (January 31, 2014) in order to find and substitute new counsel.

    Plaintiff's attorney of record, Elmer Stewart Rhodes, has not been in substantial contact with Plaintiff in reference to this action and was unreachable for several weeks at a time. Plaintiff has not received copies of any court documents on this action since Mr. Rhodes became council of record. In fact, Plaintiff only learned on December 11, 2013 (after calling the Clerk of the Court) that Defendants had filed a Motion in this case, which it appears has gone unanswered by Mr. Rhodes.

## Certificate of Service

Original mailed to the Clerk of Courts this day.

Copy mailed to Judge's Chambers this day.

Copy mailed to:

Lisa S. Wahlin
Ryley Carlock & Appelwhite
One North Central Ave., Suite 1200
Phoenix, AZ  85004-4417

Jennifer Marie Jones
P.O. Box 1320
Quartzsite, Arizona, 85346

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>    Plaintiff,<br><br>v.<br><br>Town of Quartzsite; et al.,<br><br>Defendants. | No. 12-CV-01383-PHX-JAT<br>The Hon. James A. Teilborg |

**AFFIDAVIT OF JENNIFER MARIE JONES IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR STAY OF PROCEEDINGS**

> Jennifer Marie Jones
> P.O. Box 1320
> Quartzsite, Arizona, 85346
> (928) 785-6318
> thedesertfreedompress@yahoo.com
> pro per

Jennifer M. Jones hereby deposes and attests;

1. I am the Plaintiff in the above captioned action and have direct knowledge of the relevant facts.

2. December 11, 2013, I called the Clerk of the Court to inquire about the status of my civil actions because I had been unable to reach my attorney, Elmer Stewart Rhodes for several weeks. After being informed that the last document filed in the above captioned action was a motion filed by the Defendants, I emailed Mr. Rhodes and asked him to withdraw as my legal counsel. I called the Court about ten minutes before 5pm that same day to express my intent to file a motion in the above captioned action. About an hour later, a check of my

email inbox revealed that a response from Mr. Rhodes was received at 4:57 pm. Mr. Rhodes' email to me stated, "I will file to withdraw tomorrow…" and that I need to find new counsel as he has "…been burdened with family tragedies…" which now impede his ability to represent me in my civil actions in the capacity necessary to litigate them through the jury trials I demand.

3. I have not seen any documents filed on the above captioned action except those which I filed myself. When I called the Office of the Clerk on December 11, 2013, I asked only what the last document filed was, and which party filed it. I have no knowledge of the contents of any documents actually filed in the above caption action except those which I filed myself, but I believe that Mr. Rhodes has filed a preliminary list of witnesses that I intend to call to testify at trial. I do not know if Mr. Rhodes has made good on his promise to withdraw today and I do not object to his doing so. I am proceeding in pro per upon information and belief that I am no longer represented by counsel in this instant moment.

4. In light of a well publicized ruling last month in a very closely related case where the prevailing parties are also witnesses for the Plaintiff in the above captioned action, I believe that I will not have much difficulty in securing new legal counsel by January 31, 2014.

5. Under the extraordinary circumstances, I cannot provide facts at this time to oppose a motion that I have not yet seen and the interest of justice should compel that I at least be allowed the opportunity to do so, even in the unanticipated event that I cannot secure new counsel by January 31, 2014.

I declare under pains of perjury that the above is true and correct to the best of my knowledge.

Signature *(signed) Jennifer M. Jones*

On the 12th of December 2012, Jennifer Marie Jones personally appeared to me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument. By her signature on this instrument, she executed same. Subscribed and Sworn to before this 12th day of December 2013.

*(signed) Steve Schue*
Notary Public

STEVE SCHUE
Notary Public - Arizona
Mohave County
My Comm. Expires Jun 21, 2017

My Commission Expires: 6-21-17