Elmer Stewart Rhodes, Pro Hac Vice, Montanan Bar No. 8128
**LAW OFFICE OF ELMER STEWART RHODES**
432 E. Idaho St., Suite 231
Kalispell, Montana 59901
Tel: (406) 882-4242
Fax: (406) 755-8335
Email: rhodeslegalwriting@gmail.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Jones | NO. 2:12-cv-01383-JAT |
| Plaintiff, | |
| v. | Supplement to Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney |
| Town of Quartzsite; Jeffrey Gilbert and Sondra Gayle Gilbert, Husband and Wife; Officer Rick Paterson, #43, and Jane Doe Paterson, Husband and Wife; Officer Fabiola Garcia, #42, and John Doe Garcia, Husband and Wife (or Wife and Husband); Joe Winslow; Albert Johnson and Rhonda Johnson, Husband and Wife; Alexandra Taft; Individual Does I-X | |
| Defendants. | |

COMES NOW Plaintiff's attorney, Elmer Stewart Rhodes, and pursuant to the Court's December 18, 2013 Order, supplements the Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney,

by providing the name, last known residence and last known telephone number of the client, as follows:

Name of Client: Jennifer Jones (full name: Jennifer Marie Jones).

Residence of client:

La Posa North BLM Long Term Visitors Area (LTVA), Quartzsite, Arizona

(this is a BLM camp area within Quartzsite Town limits and, as with all residences in Quartzsite, no mail is delivered to residences, and all mail is delivered to PO boxes instead).

Mailing Address of client:

PO Box 1320

Quartzsite, AZ 85346

Phone number of client:

928-785-6318

Counsel for Plaintiff also supplements the motion to withdraw by providing the Court with the attached written approval of the client, Jennifer Marie Jones, signifying her consent to the motion by Plaintiff's Attorney Elmer Stewart Rhodes to withdraw appearance as attorney, signifying that she has read the motion, and signifying that Counsel has informed her of

her obligation to respond to Defendant's Motion for Judgment on the Pleadings by the extended deadline of January 31, 2014 (Attached as Exhibit A). The above information and the attached written statement of consent of the client are submitted as part of the Unopposed Motion by Plaintiff's Attorney Elmer Stewart Rhodes to Withdraw Appearance as Attorney.

RESPECTFULLY SUBMITTED this 25th day of December, 2013.

By /s/Elmer Stewart Rhodes
Elmer Stewart Rhodes
432 E. Idaho St., Suite C-231
Kalispell, Montanan 59901
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of December, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Lisa S. Wahlin, State Bar No. 013979
Of Counsel
**RYLEY CARLOCK & APPLEWHITE**
One N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 440-4800
Fax: (602) 257-9582
Email: lwahlin@rcalaw.com
*Attorneys for Defendants*

By /s/Elmer Stewart Rhodes