# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>    Plaintiff(s),<br><br>v.<br><br>Town of Quartzsite, et al.,<br><br>    Defendant(s). | CV 12-1383-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** that Elmer Stewart Rhodes' Motion to Withdraw as Counsel for Plaintiff (Doc. 24 as supplemented by Doc. 28) is granted. The Clerk of the Court shall update the record to reflect Plaintiff's pro se contact information as listed in Doc. 28.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to respond to Defendants' motion for judgment on the pleadings remains January 31, 2014.

DATED this 30th day of December, 2013.

James A. Teilborg
Senior United States District Judge