**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

Lisa S. Wahlin (Bar No. 013979)
lwahlin@rcalaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>    Plaintiff,<br><br>v.<br><br>Town of Quartzsite, et al.,<br><br>    Defendants. | Case No. 2:12-cv-01383-JAT<br><br>**APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS WITH CLIENT APPROVAL** |

Pursuant to Local Rule 83.3, Defendants apply to this Court to permit Lisa S. Wahlin of the law firm of Ryley Carlock & Applewhite to withdraw from further representation of Defendants, and to substitute Larry J. Crown and the law firm of Titus Brueckner & Levine, PLC as counsel of record in the above-captioned matter. Defendants have consented to this substitution, as indicated by the signature below.

Defendants make this application because Lisa S. Wahlin, the current attorney of record, is leaving the law firm and private practice and will become an Assistant City Attorney for the City of Goodyear.

Please direct all future pleadings, orders and any other materials related to this case to the following:

Larry J. Crown
Titus Broeckner & Levine, PLC
8355 E. Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone: 480-483-9600
Facsimile: 480-483-3215
Email: LCrown@tbl-law.com

3725581.1
01/26/15

By his signature below, substituting counsel Larry J. Crown acknowledges that he has been informed of all pending deadlines and is prepared to meet them.

DATED this 27th day of January, 2015.

**RYLEY CARLOCK & APPLEWHITE**

By  /s/ Lisa S. Wahlin
Lisa S. Wahlin
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
*Attorneys for Defendants*

**TITUS BROECKNER & LEVINE, PLC**

By  /s/ Larry J. Crown (with permission)
Larry J. Crown
8355 E. Hartford Drive, Suite 200
Scottsdale, Arizona 85255

### CONSENT

Skylor Miller, on behalf of Defendants and being fully informed in the premises, hereby consents to the substitution of Larry J. Crown and the law firm of Titus Brueckner & Levine, PLC in place of Lisa S. Wahlin and the law firm of Ryley Carlock & Applewhite.

By: _____
Skylor Miller
Town Manager
Town of Quartzsite

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and mailed a copy via U.S. First Class mail to:

Jennifer Jones
P.O. Box 1320
Quartzsite, AZ  85346

/s/ Darlene Dahl