Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:  480-483-9600
Facsimile:   480-483-3215
lcrown@tbl-law.com
elan@tbl-law.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>                     Plaintiff,<br><br>vs.<br><br>Town of Quartzsite, et al.,<br><br>                     Defendants. | Case No. CV 12-1383-PHX-JAT<br><br>**DEFENDANTS GILBERT, PATERSON, GARCIA, WINSLOW, JOHNSON AND TAFT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 41(A)(2) MOTION TO DISMISS WITHOUT PREJUDICE** |

Defendants Gilbert, Paterson, Garcia, Winslow, Johnson and Taft, by and through undersigned counsel, hereby respond in opposition to Plaintiff's Rule 41(A)(2) Motion to Dismiss without Prejudice (Doc. 62).  Defendants request that Plaintiff's motion to dismiss be denied as to the request that the dismissal be without prejudice.  Defendants agree that this case should be dismissed but with prejudice.  Alternatively, Defendants are ready to proceed to jury trial as set on May 26, 2015.

Dismissal with prejudice is appropriate as Defendants had requested of the Court on April 1, 2015.  At that Final Pretrial Conference, the Court told Plaintiff that she had flaunted the rules and court orders.  The Court told Plaintiff she had totally failed to comply with the Court's orders and had waived witnesses and exhibits.  The Court ordered that the matter

would proceed to a two-day jury trial on May 26, 2015 and did not dismiss the case with prejudice at that time.

Apparently on that same date of April 1, 2015, Plaintiff filed a Rule 41(A)(2) Motion to Dismiss without Prejudice (Doc. 62). Plaintiff states that the purpose of dismissing this case without prejudice is to allow Plaintiff to re-file the same claim as a new suit based on new evidence. See Plaintiff's Motion (Doc. 62), p. 2. Plaintiff states that this second suit will be the same cause of action.

The basis stated by Plaintiff for this Motion is refuted by the clear record that has been made by and before this Court. Discovery in this matter has long closed. On September 24, 2014, this Court granted Defendants' Motion for Judgment on the Pleadings (Doc. 33), in large part, leaving only Plaintiff's First Amendment free speech claim that was pled as Count One. On March 12, 2015, the parties appeared at a show cause hearing re: why case should not be dismissed for failure to comply with court orders (Doc. 58). On April 1, 2015, the parties appeared at the Final Pretrial Conference and this Court signed Defendants' Final Pretrial Order (Doc. 61) as the Final Pretrial Order in the case. Thus, the scope of the issues and evidence has been set by the Court to be presented in a two-day jury trial on May 26-27, 2015.

In her Motion, Plaintiff seeks to undo and avoid all of the Court orders and force the Defendants to begin defending a second suit on this same cause of action. The Court's orders were issued, in part, to deal with Plaintiff's flaunting and non-compliant conduct.

While Defendants believe that the statute of limitations will bar a second suit on the same cause of action if this Court were to grant Plaintiff's Motion to Dismiss without Prejudice, Defendants want to avoid having to litigate such issues in a second suit before a different judge. FRCP Rule 41(A)(2) states that dismissal, at the plaintiff's request, can only be by court order on terms that the court considers proper. Dismissal with or without prejudice is in the Court's discretion. Defendants maintain that it would be improper to allow

1 Plaintiff to have a dismissal without prejudice at this late stage in the proceedings and on this record. Defendants want final resolution of this claim whether by dismissal or by trial.

WHEREFORE, Defendants request that this Court exercise its discretion and order this case be dismissed with prejudice or that it proceed to trial on May 26, 2015. Defendants request that this Court deny Plaintiff's request to have this matter dismissed without prejudice.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

**TITUS BRUECKNER & LEVINE PLC**

By: s/Larry J. Crown
Larry J. Crown
Elan S. Mizrahi
8355 E. Hartford Drive, Suite 200
Scottsdale, AZ  85255
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, I electronically transmitted Defendants Gilbert, Paterson, Garcia, Winslow, Johnson and Taft's Response in Opposition to Plaintiff's Rule 41(A)(2) Motion to Dismiss without Prejudice to the Clerk's Office using the CM/ECF System for filing.

I further certify that on April 8, 2015, I e-mailed and mailed a copy of the foregoing document to:

Jennifer Marie Jones
P.O. Box 1320
Quartzsite, AZ  85346
thedesertfreedompress@yahoo.com


s/T. Kido
8962-11