### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA
### CIVIL TRIAL MINUTES

HON: JAMES A. TEILBORG                             Judge # 7025

CV 12-1797-PHX-JAT                                 DATE: 5/262015

Jennifer Jones .                          v.   Town of Quartzsite et al
Plaintiff(s)                                   Defendant(s)

Deputy Clerk: Teddy Bengtson        Court Reporter:   Elva Cruz-Lauer

Plaintiff(s):        Pro se plaintiff Jennifer M. Jones on own behalf.
Defense counsel:     Larry J. Crown

This is the time set for Jury Trial - Day 1.

9:10 a.m.  Court convenes with counsel and plaintiff present.  Plaintiff contacted the Court by telephone on 5/22/2015 stating she intended to file a motion to continue trial.  An Order subsequently issued (Doc. 75) stating that if a motion was filed, the Court would rule on it on 5/26/2015 and plaintiff was required to be present in court on 5/26/2015.

The Court is in receipt of Plaintiff's Emergency Motion to Vacate Order re: Telephonic Appearances of Witnesses and Plaintiff's Emergency Motion to Continue Trial and Set New Trial Date..

**IT IS ORDERED** denying Plaintiff's Emergency Motion to Vacate Order re: Telephonic Appearances of Witnesses  (Doc. 77).

Plaintiff's Emergency Motion to Continue Trial and Set New Trial Date (Doc. 76)  is argued.   9:35 a.m. Recess.

10:00 a.m.  Court reconvenes with counsel and plaintiff present.  The Court has considered Plaintiff's Emergency Motion to Continue Trial and Set New Trial Date (Doc. 76) and oral argument.   Given the procedural history of the case, the Court finds it is not credible that plaintiff was not aware of the 5/26/2015 trial date. The Court shall deny Plaintiff's motion to continue trial and set new trial date.   Upon the Court's inquiry, plaintiff states she is not prepared to proceed with trial today.

The Court has considered the following five (5) factors:   (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3)  the risk of prejudice to the defendants;  (4) the public policy for disposition of cases on their merits; (5) the availability of less drastic sanctions.

**IT IS ORDERED** denying Plaintiff's Emergency Motion to Continue Trial and Set a New Trial Date (Doc. 76).

Dismissal of the case with or without prejudice is argued to the Court.

**IT IS ORDERED** dismissing this case <u>with prejudice</u>  for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS ORDERED** vacating jury trial set for 5/26/2015.

10:30 a.m.   Recess.

                                            Time in Court: 55 minutes
                                            START: 9:10 AM /  STOP 10:30 AM