PJennifer Marie Jones
PO Box 1320
Quartzsite, AZ 85346
(928) 785-6318
thedesertfreedompress@yahoo.com
Plaintiff in Pro Se

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>Town of Quartzsite, et al., | No. CV-12-01383-PHX-JAT<br><br>**MOTION AND AFFIDAVIT TO PROCEED ON APPEAL IN FORMA PAUPERIS**<br><br>(Assigned to the Honorable James A. Teilborg) |

Plaintiff Pro Se Jennifer Marie Jones, a party in the within action, hereby moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefore, and for preparation of the record at government expense.

RESPECTFULLY SUBMITTED this 25th, day of June, 2015.

By: /s/ Jennifer Marie Jones
Jennifer Marie Jones
Post Office Box 1320
Quartzsite, Arizona 85346
*Plaintiff, Pro Se*

MOTION AND AFFIDAVIT TO APPEAL IN FORMA PAUPERIS- 1

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Marie Jones,<br><br>           Plaintiff<br><br>v.<br><br>Town of Quartzsite, et al.,<br><br>           Defendant(s) | Case No. CV-12-01383-PHX-JAT |

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *[signature]* Date: 6-25-2015 | |

My issues on appeal are:

      Did the District Court abuse it's discretion in light of the District Court's interpretation of the Federal Rules as they were applied to the case and the District Court's 5/26/2015 Order (Doc. 78 ) denying Plaintiff's Motion to Vacate Trial Date (Doc. 76), also denying Plaintiff's Rule 59(e) Motion (Doc. 77), and also dismissing the case with prejudice sua sponte for failure to prosecute, as well as the actions of the Court and prior orders denying Plaintiff's request and Motions for additional time, to stay, to consolidate, and to dismiss without prejudice, in order to allow time to prepare for a fair trying of the issues, and in consideration of the history of this litigation and of all the circumstances surrounding the case, including the fact that the case turns on whether or

not Plaintiff was "lawfully removed" from the 6/28/2011 Town Council Meeting and subsequently criminally charged for "disorderly conduct" pusuant to a Town of Quartzsite Ordinance, which plainly and unconstitutionally restricts the content of public speech during the "Call to the Public" public comment portion of Quartzsite Town Council meetings and because said Ordinance has never been rescinded. Plaintiff requests a de novo review in light of the absence of any finding of fact.

Plaintiff reserves the right to supplement issues on appeal.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $900.00 | $ N/A | $ none | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ none | $ unknown | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ none | $ unknown |
| Other (specify): | $ none | $ unknown | $ none | $ unknown |
| **Total monthly income:** | **$900.00** | **$ unknown** | **$ none** | **$ unknown** |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self-employment | P.O. Box 1320, Quartzsite, AZ | 2010 - present | $ unpredictable |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | | | $ N/A |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $435.00

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Washington Federal | checking | $2.31 | $ N/A |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $2,570.00 | (Value) $3,200.00 |
| | | Make and year: 1989 |
| | | Model: Vanguard |
| | | Registration #: BJA3426 |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $1,000.00 | (Value) $200.00 | (Value) $200.00 |
| Make and year: 1984 Allegro | 1956 Fleetwood trailer | 1967 Streamline trailer |
| Model: | | |
| Registration #: unknown | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| none | | |
| | | |

|  |  |  |
|---|---|---|

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>      Are real estate taxes included?        [ ] Yes  [x] No<br>      Is property insurance included?        [ ] Yes  [x] No | $189.00 | $ none |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $110.00 | $ none |
| Home maintenance (repairs and upkeep) | $ none | $ N/A |
| Food | $150.00 | $ unknown |
| Clothing | $10.00 | $ unknown |
| Laundry and dry-cleaning | $ none | $ unknown |
| Medical and dental expenses | $ none | $ none |
| Transportation (not including motor vehicle payments) | $ none | $ none |
| Recreation, entertainment, newspapers, magazines, etc. | $ none | $ none |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|       Homeowner's or renter's: | $ N/A | $ N/A |
|       Life: | $ N/A | $ N/A |
|       Health: | $ N/A | $ N/A |
|       Motor vehicle: | $ N/A | $ N/A |
|       Other: | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): property tax | $3.00 | $ none |
| Installment payments | | |
|       Motor Vehicle: | $ N/A | $ N/A |
|       Credit card (name): | $ N/A | $ N/A |
|       Department store (name): | $ N/A | $ N/A |

| | | |
|---|---|---|
| Other: | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): dogs | $90.00 | $ N/A |
| **Total monthly expenses:** | **$552.00** | **$ unknown** |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [ ] Yes [x] No     If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* [ ] Yes [x] No

    *If yes, how much?* $ _____
    *If yes, state the attorney's name, address, and telephone number:*

11. *Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?* [ ] Yes [x] No

    *If yes, how much?* $ _____
    *If yes, state the person's name, address, and telephone number:*

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    Spouse has filed for divorce and injunction prevents liquidation of community property pending order of dissolution of marriage.

    Income is almost exclusively reliant upon the winter tourist season.

13. *State the [city and state] of your legal residence.*
    Quartzsite, Arizona

*Your daytime phone number*: ( 928 ) 785-6318

*Your age*: **48**   *Your years of schooling*: **some college**

*[Last four digits of] your social-security number*:  **9421**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2015, I personally delivered the attached documents to the Clerk's Office for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Larry J. Crown
Elan S. Mizrahi
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Attorneys for Defendants


A copy of the foregoing delivered this
25th day of June, 2015 to:

The Honorable James A. Teilborg
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 524
401 West Washington Street, SPC 52
Phoenix, Arizona 85003


*/s/ Jennifer Marie Jones*
Jennifer Marie Jones